

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00076-CV

Paloma **HERNANDEZ**,
Appellant

v.

Eva **MARTINEZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV08551
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and RENDER judgment that the underlying suit be dismissed for lack of subject matter jurisdiction. *See* TEX. R. APP. P. 43.3. It is ORDERED that appellant recover her costs of this appeal from appellee. The clerk of the county court is directed to release the full amount of the cash deposit in lieu of cost bond to appellant.

SIGNED October 30, 2019.

Sandee Bryan Marion, Chief Justice